IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02294-WYD-MJW

JENNIFER HOGAN f/k/a JENNIFER A. JOHNSON,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Unopposed Motion to Modify Scheduling Order (Docket No. 28) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 23) is AMENDED as follows:

  - The Administrative Record shall be filed on or before March 1, 2016; and

  - The Deadline for Filing a Motion for Discovery is March 21, 2016.

Date: January 29, 2016