IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2294-WYD-MJW

JENNIFER HOGAN, f/k/a JENNIFER A. JOHNSON,

     Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 33), filed on April 1, 2016.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendant with prejudice.  Accordingly, it is

ORDERED that the Parties' Stipulated motion (ECF No. 33) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** against Defendant Unum Life Insurance Company of America.  The Clerk of the Court is directed to close this case.

Dated: April 4, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge